TOBELMANN, Respondent, v. ROPER, Appellant.

No. 6791; May 20, 1881.

A Street Assessment Lien cannot be Enforced Against Less Than All of the property owners liable therefor.[1]

APPEAL from Twenty-third District Court, San Francisco.

J. C. Bates for respondent; D. H. Whittemore for appellant.

By the COURT.—On the authority of Clark v. Porter, 53 Cal. 409, and Diggins v. Reay, 54 Cal. 525, judgment and order reversed and cause remanded for a new trial.